UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUMMIT PARTNERS, LP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUMMIT EQUITY GROUP LLC, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 07-12068-MLW |

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, and pursuant to the executed Settlement Agreement and Fed. R. Civ. P. 41, that the above-captioned action and the claims and defenses asserted therein be dismissed with prejudice. Each party shall bear its own costs and fees.

Dated: New York, New York
       May ____, 2008

_____
Gerard A. Butler, Jr. (BBO #557176)
SMITH & DUGGAN, LLP
Lincoln North
55 Old Bedford Road
Lincoln, MA 01773-1125
Phone:  (617) 228-4454
Email:  gerard.butler@smithduggan.com
Kirk M. Hartung
Christine Lebrón-Dykeman (BBO #634292)
Janet E. Phipps Burkhead
McKee, Voorhees & Sease, P.L.C.
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721
Phone:  (515) 288-3667
Fax:    (515) 288-1338
Email:  hartung@ipmvs.com
        lebrón-dykeman@ipmvs.com

_____
Thomas C. Frongillo, Esq. (BBO# 180690)
Patrick J. O'Toole, Jr. (BBO# 559267)
Elizabeth Bosshard-Blackey *(admission pending)*
WEIL, GOTSHAL & MANGES LLP
100 Federal Street
Boston, MA 02110
Tel:    (617) 772-8300
Fax:    (617) 772-8333
email:  thomas.frongillo@weil.com
        patrick.otoole@weil.com
        elizabeth.bosshard-blackey@weil.com

*Admitted Pro Hac Vice*
Michael A. Epstein
Randi W. Singer

janet.phippsburkhead@ipmvs.com
mvslit@ipmvs.com

Laura J. Protzmann
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel.   (212) 310-8000

IT IS SO ORDERED:

Dated: April ____, 2008

_____
The Honorable Mark L. Wolf
Chief United States District Judge